DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MICHAEL POLISH,
a/k/a MICHAEL POLICH,
a/k/a MICHAEL POLIAH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1153

_____

October 22, 2025

Appeal from the County Court for Pinellas County; Brett Szematowicz, Judge.

Blair Allen, Public Defender, and Diana L. Johnson, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.